JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sanrio Company, Ltd. and Sanrio, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Seoul Tower Sweets LLC d/b/a Right Lites and RightLites, Brent Heltsley, Tingting Heltsley, and Does 1 through 10, inclusive, <br><br> Defendants. | Case No. ED CV 23-00924-AB (PVCx) <br><br> JUDGMENT PURSUANT TO ENTRY OF DEFAULT |

    Having read and considered the pleadings, declarations and exhibits on file in this matter and for good cause shown, the Court ORDERS that this Judgment shall be and is hereby entered as follows:

1)    The Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the injunction, specifically including third-party service providers, customers, and partners, are hereby restrained and enjoined from:

    a)    Infringing Plaintiffs' Properties, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling and/or offering for sale any merchandise which features any of Plaintiffs' Properties, and, specifically:

      i)     Importing, manufacturing, distributing, advertising, selling and/or offering for sale the Infringing Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiffs' Properties;

      ii)     Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiffs' Properties;

      iii)     Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, the Defendants' customers and/or members of the public to believe, the actions of Defendants, the products sold by Defendants, or the Defendants themselves are connected with Plaintiff, are sponsored, approved or licensed by Plaintiff, or are affiliated with Plaintiff;

      iv)     Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiff.

2)     Defendants are ordered to deliver for destruction all Infringing Products, and any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiffs' Properties and any labels, signs, prints, packages, dyes, wrappers, receptacles and advertisements relating thereto in their possession or under their control bearing any of Plaintiffs' Properties or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, and all

plates, molds, heat transfers, screens, matrices and other means of making the same, at Defendants' expense.

//

//

3) Defendants are ordered to pay joint and several damages to Plaintiffs, pursuant to 17 U.S.C. § 504, in the sum of Six Hundred Thousand Dollars ($600,000.00).

4) Defendants are ordered to pay joint and several damages to Plaintiffs, pursuant to 15 U.S.C. § 1117, in the sum of Three Hundred Thousand Dollars ($300,000.00).

5) Defendants are ordered to pay attorneys' fees pursuant to 17 U.S.C. § 505 and Local Rule 55-3 in the sum of Fifteen Thousand Six Hundred Dollars ($15,600.00).

6) Defendants are ordered to pay interest on the principal amount of the judgment to Plaintiffs, pursuant to 28 U.S.C. § 1961(a).

This Judgment shall be deemed to have been served upon Defendants at the time of its execution by the Court. The Court finds there is no just reason for delay in entering this Judgment and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Judgment against Defendants. The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Judgment.

DATED: November 22, 2023

Hon. André Birotte Jr.
United States District Judge